**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RHUAN CAMPBELL, | Case No. 2:23-cv-01651-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| DHS/ICE, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 12) of the Honorable Brenda Weksler, United States Magistrate Judge, entered on May 22, 2024. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by June 4, 2024. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 12) is
2 **ACCEPTED** and **ADOPTED** in full.
3 **IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice**.
4 The Clerk of Court is instructed to close this matter accordingly.

6 **DATED:** October 9, 2025.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**